**JASON K. SINGLETON, CSB#166170**
**RICHARD E. GRABOWSKI, CSB#236207**
**SINGLETON LAW GROUP**
**611 "L" STREET, SUITE "A"**
**EUREKA, CA 95501**
**(707) 441-1177**
** FAX 441-1533**

**Attorneys for Plaintiff, MARCY VELASQUEZ**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| MARCY VELASQUEZ,<br>Plaintiff(s),<br>v.<br><br>CAROLYN J. MURPHY, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>C-08-1055 JCS<br><br>NOTICE OF DISMISSAL PURSUANT<br>RULE 41(a) OR (c) F.R.Civ.P. |
|---|---|

PLEASE TAKE NOTICE: (Check one)

☐    This action is dismissed by the Plaintiff (s) in its entirety.

☐    The Counterclaim brought by Claimant (s) _____ is dismissed by Claimant (s) in its entirety.

☐    The Cross-Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

☐    The Third-party Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

■    ONLY Defendant (s)   **CAROLYN J. MURPHY**   (are) dismissed from

(Circle one)    <u>Complaint</u>, Counterclaim, Cross-claim, Third Party Claim

brought by                    Plaintiff                    .

The dismissal is made pursuant to Rule 41 (a) or (c) of the Federal Rules of Civil Procedure.

DATED:    April 22, 2008         /s/ Jason K. Singleton
                                 Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

F.R.Civ.P. 41(c): COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.