1  **Jason K. Singleton**, State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski**, State Bar # 236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501

5  (707) 441-1177
   FAX 441-1533
6

7  Attorney for Plaintiff, MARCY J. VELASQUEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY J. VELASQUEZ, | Case No.  C-08-1055 JCS |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER |
| v. | |
| CAROLYN J. MURPHY, individually, PATRICK J. MURPHY, individually, dba MURPHY'S MARKET and DOES ONE to FIFTY, inclusive, | |
| Defendants. | |

Plaintiff MARCY VELASQUEZ and Defendants CAROLYN J. MURPHY, PATRICK J. MURPHY, dba MURPHY'S MARKET (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.   The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///
///
///
///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: April 22, 2008         /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **MARCY J. VELASQUEZ**

**MATHEWS, KLUCK, WALSH & WYKLE, LLP**

Dated: April 22, 2008         /s/ Laurence A. Kluck
LAURENCE A. KLUCK, Attorney for Defendants
**PATRICK J. MURPHY, MURPHY'S MARKETS, INC.**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>VELASQUEZ vs MURPHY, et al.</u>, Case Number C-08-1055 JCS, is dismissed with prejudice with each party to bear his or her own attorneys fees and costs.

Dated: _____         _____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE